| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Scott Causey | 9/4/1968 | MO | Western District of Missouri | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Testicular Cancer | 1-9 |
| 2 | Tim Chambers | 8/30/1977 | TX | Northern District of Texas | No | Oklahoma City (OK1020902) | No | Testicular Cancer | 1-9 |
| 3 | Jerry Ray Christian | 11/18/1969 | OH | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Testicular Cancer | 1-9 |
| 4 | James Sanders | 10/14/1969 | TN | Middle District of Illinois | No | Schiller Park (IL0312850) | No | Ulcerative Colitis | 1-9 |
| 5 | John A. Sassano Jr | 7/11/1968 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 6 | Sean Sassoon | 8/3/1978 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 7 | Dorcy Sauceda | 10/5/1984 | CA | Central District of California | No | Upland, City Of (CA3610050) | No | Kidney Cancer | 1-9 |
| 8 | John Saunders | 1/19/1968 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 9 | Peter Saunders | 8/1/1985 | PA | Middle District of Pennsylvania | No | New Jersey American Water - Western (NJ0327001) | No | Ulcerative Colitis | 1-9 |
| 10 | Patricia Saylor | 7/18/1965 | OH | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 11 | Allen Sayre | 12/2/1953 | PA | Eastern District of Pennsylvania | No | Emmaus Borough Public Water (PA3390032) | No | Kidney Cancer | 1-9 |
| 12 | Donna Scaggs | 11/28/1963 | WA | Western District of Washington | No | Covington Water District (WA5341650) | No | Kidney Cancer | 1-9 |
| 13 | Robert Scales | 7/23/1970 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 14 | Anthony Scandiffio | 2/11/1945 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 15 | Joseph Scarpellini | 6/3/1998 | MA | District of Massachusetts | No | Charlotte Water (NC0160010) | No | Ulcerative Colitis | 1-9 |
| 16 | Michael Scelsa | 3/5/1963 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Kidney Cancer | 1-9 |
| 17 | Mark Schaefer | 2/27/1976 | GA | Northern District of Georgia | No | Griffin (GA2550000) | No | Testicular Cancer | 1-9 |
| 18 | Howard Schaefermeyer | 10/13/1955 | TX | Northern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Rachel S Schaeffer | 12/31/1958 | SC | District of South Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 20 | David Schafer | 7/22/1950 | SC | District of South Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 21 | Kenneth Schaffer | 7/9/1940 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 22 | Michael Schaffer | 11/29/1974 | CA | Central District of California | No | Northbrook (IL0312070) | No | Testicular Cancer | 1-9 |
| 23 | Richard Schatzberg | 5/26/1967 | PA | Eastern District of Pennsylvania | No | NJ American Water - Short Hills (NJ0712001) | No | Testicular Cancer | 1-9 |
| 24 | Jake T. Schaum | 3/11/1993 | PA | Middle District of Pennsylvania | No | Carlisle Water Treatment Plant (PA7210050) | No | Testicular Cancer | 1-9 |
| 25 | Donald Scherpich | 5/26/1962 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 26 | Corey Schoenrock | 3/24/1970 | MN | District of Minnesota | No | City Of Woodbury (MN1820025) | No | Kidney Cancer | 1-9 |
| 27 | Mary Schreiber | 11/6/1951 | TX | Northern District of Texas | No | Pennichuck Water Works (NH1621010) | No | Kidney Cancer | 1-9 |
| 28 | Joseph Schrimsher | 12/22/1974 | TX | Eastern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 29 | Steven L. Schronce | 9/21/1990 | NC | Western District of North Carolina | No | Cleveland County Water (NC0123055) | No | Testicular Cancer | 1-9 |
| 30 | Jason Schule | 9/30/1982 | LA | Eastern District of Louisiana | No | St Bernard Parish Waterworks (LA1087001) | No | Testicular Cancer | 1-9 |
| 31 | Timothy Schultz | 12/19/1961 | WA | Eastern District of Washington | No | City of Spokane (WA5383100) | No | Testicular Cancer | 1-9 |
| 32 | Frederick Scofield | 8/26/1948 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 33 | Jeremy Scoggin | 5/28/1983 | AL | Southern District of Alabama | No | Mobile Board Of Water And Sewer Comm (AL0001005) | No | Kidney Cancer | 1-9 |
| 34 | Denise J. Scoppetta | 2/22/1952 | CT | District of Connecticut | No | Bristol Water Department (CT0170011) | No | Kidney Cancer | 1-9 |
| 35 | Aaron Scott | 9/20/1986 | PA | Eastern District of Pennsylvania | No | Aqua PA Superior Main System (PA1460085) | No | Testicular Cancer | 1-9 |
| 36 | Andrew Scott | 2/6/1970 | SC | District of South Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Testicular Cancer | 1-9 |
| 37 | Gabriel Scott | 2/17/1998 | CA | Central District of California | No | Elsinore Valley MWD (CA3310012) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 38 | Gary Scott | 10/28/1959 | MA | District of Massachusetts | No | Westfield DPW Water Division (MA1329000) | No | Kidney Cancer | 1-9 |
| 39 | James Scott | 1/19/1981 | TX | Western District of Texas | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 40 | Linda Scott | 10/22/1954 | NC | Eastern District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 41 | Melonie Scott | 7/25/1980 | CT | District of Connecticut | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 42 | Steven Scott | 2/4/1982 | MI | Eastern District of Michigan | No | Ann Arbor (MI0000220) | No | Testicular Cancer | 1-9 |
| 43 | Dena Scott-Daity | 10/16/1965 | NY | Southern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Liver Cancer | 1-9 |
| 44 | Shariff Scrivans | 9/25/1983 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 45 | Kevin Seaton | 6/23/1968 | TN | Western District of Tennessee | No | Oneida W&S Comm (TN0000532) | No | Testicular Cancer | 1-9 |
| 46 | Karen Seay | 4/25/1967 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 47 | Daryl Seecharan | 7/22/1968 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 48 | Jason Seelig | 10/1/1974 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 49 | David Seely | 8/7/1955 | MA | District of Massachusetts | No | Abington/Rockland Joint Water Works (MA4001000) | No | Kidney Cancer | 1-9 |
| 50 | Clifford Segura | 6/24/1977 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 51 | Joshua Seigel | 10/17/1988 | CA | Central District of California | No | Coachella Vwd: Cove Community (CA3310001) | No | Testicular Cancer | 1-9 |
| 52 | Levan Sellers Jr. | 3/10/1947 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 53 | Harold W Sellers | 6/28/1957 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 54 | Brian Sena | 12/11/1983 | CO | District of Colorado | No | City of Brighton (CO0101025) | No | Testicular Cancer | 1-9 |
| 55 | Shawn Serafin | 4/8/1964 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 56 | Gilbert Serrano | 1/2/1978 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Anthony Sette | 11/2/1960 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |
| 58 | Clark Severson | 5/25/1950 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 59 | John Shaffer | 8/26/1954 | FL | Middle District of Florida | No | Deltona Water (FL3640287) | No | Kidney Cancer | 1-9 |
| 60 | Sawan Shah | 3/30/1992 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 61 | Garrett Shamblin | 8/3/1992 | TX | Western District of Texas | No | City Of Grandview (TX1260004) | No | Testicular Cancer | 1-9 |
| 62 | Sandra Shampton | 7/21/1941 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 63 | Matthew Shapiro | 5/24/1999 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 64 | Beau Sharer | 3/21/1981 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Testicular Cancer | 1-9 |
| 65 | Sheetal Sharma | 7/2/1983 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Ulcerative Colitis | 1-9 |
| 66 | Scott Sharp Jr | 10/7/1977 | IL | Northern District of Illinois | No | Crest Hill (IL1970250) | No | Kidney Cancer | 1-9 |
| 67 | Elliett Sharpe | 12/11/1978 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 68 | Michael Sharpe | 11/21/1973 | NC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Testicular Cancer | 1-9 |
| 69 | Reilly Shaup | 8/4/1999 | NJ | District of New Jersey | No | Glassboro Water Department (NJ0806001) | No | Ulcerative Colitis | 1-9 |
| 70 | Ivan Shaw | 12/4/1958 | NC | Western District of North Carolina | No | South Adams County WSD (CO0101140) | No | Kidney Cancer | 1-9 |
| 71 | Joseph Shaw | 9/14/1964 | MA | District of Massachusetts | No | Lowell Regional Water Utility (MA3160000) | No | Testicular Cancer | 1-9 |
| 72 | Timothy Shearer | 8/19/1988 | TX | Eastern District of Texas | No | City Of Arlington (TX2200001) | No | Testicular Cancer | 1-9 |
| 73 | Adonne Shelby | 10/29/1970 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 74 | Joseph Shelby | 7/24/1975 | TN | Western District of Tennessee | No | Savannah Utility Department (TN0000611) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 75 | Benjamin Shell | 10/20/1987 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 76 | John Shelley | 2/8/1951 | WI | Western District of Wisconsin | No | Tomahawk Waterworks (WI7350127) | No | Kidney Cancer | 1-9 |
| 77 | Sylvia Shelnutt | 11/10/1955 | AL | Northern District of Alabama | No | Western Virginia Water Authority (VA2770900) | No | Ulcerative Colitis | 1-9 |
| 78 | Leland Shepard | 5/11/1950 | FL | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Kidney Cancer | 1-9 |
| 79 | Patricia Sheppard | 11/14/1946 | NC | Eastern District of North Carolina | No | Mebane, City Of (NC0201018) | No | Kidney Cancer | 1-9 |
| 80 | Carl Sherer | 11/18/1990 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Testicular Cancer | 1-9 |
| 81 | Angela Sherouse | 8/9/1975 | OH | Southern District of Ohio | No | Dayton Public Water System (OH5703512) | No | Kidney Cancer | 1-9 |
| 82 | Tammy Sherrill | 4/20/1964 | TX | Northern District of Texas | No | Lubbock Public Water System (TX1520002) | No | Kidney Cancer | 1-9 |
| 83 | Walter Shine | 4/19/1953 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 84 | Trina Shook | 10/2/1982 | MO | Eastern District of Missouri | No | St. Peters PWS (MO6010719) | No | Kidney Cancer | 1-9 |
| 85 | Michael Short | 8/3/1958 | NY | Eastern District of New York | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 86 | Thomas L Shotwell | 3/10/1963 | TX | Southern District of Texas | No | City Of Huntsville (TX2360001) | No | Kidney Cancer | 1-9 |
| 87 | Lawrence Shull | 5/18/1977 | TN | Eastern District of Tennessee | No | Savannah Valley U.D. (TN0000613) | No | Testicular Cancer | 1-9 |
| 88 | Robert Siano | 10/28/1960 | MA | District of Massachusetts | No | Sterling Water Department (MA2282000) | No | Kidney Cancer | 1-9 |
| 89 | Marcial Sicairos | 12/13/1984 | CA | Eastern District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |
| 90 | Ronnie L Sidwell | 12/15/1976 | WV | Southern District of West Virginia | No | City of Vienna (WV3305411) | No | Kidney Cancer | 1-9 |
| 91 | George Sigala | 12/25/1967 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 92 | Richard V. Sileo | 5/3/1948 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 93 | Frank Silletti | 10/16/1951 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 94 | Kassandra Silva | 8/11/1995 | TX | Western District of Texas | No | City Of Laredo (TX2400001) | No | Kidney Cancer | 1-9 |
| 95 | Magdiel Silva | 10/18/1939 | TX | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 96 | Marceline Silva | 3/6/1969 | CT | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Kidney Cancer | 1-9 |
| 97 | John Silver | 4/29/1947 | NJ | District of New Jersey | No | Merchantville Pennsauken (NJ0424001) | No | Kidney Cancer | 1-9 |
| 98 | Margaret Silverstein | 2/14/1974 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 99 | Linda Silvia | 11/20/1964 | SC | District of South Carolina | No | Town of Winnsboro (SC2010001) | No | Kidney Cancer | 1-9 |
| 100 | Jonathan Simeone | 6/20/1996 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 101 | Arianna Simmering | 3/7/1993 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 102 | Weldon Simmons III | 2/14/1959 | NC | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 103 | Amelia Simmons | 9/19/1950 | AL | Northern District of Alabama | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 104 | Deshandra Simmons | 8/5/1992 | AL | Middle District of Alabama | No | City Of Florence (AL0000783) | No | Liver Cancer | 1-9 |
| 105 | Joe Simmons | 10/4/1951 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 106 | Kevin Simmons | 10/24/1970 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Testicular Cancer | 1-9 |
| 107 | Joseph Simon | 5/10/1963 | CA | Southern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Kidney Cancer | 1-9 |
| 108 | Brandi Simons | 8/19/1975 | FL | Middle District of Florida | No | Orange City Utilities (FL3640946) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Michael Simpson | 3/17/1976 | MI | Eastern District of Michigan | No | Rainbow City Utilities Board (AL0000588) | No | Kidney Cancer | 1-9 |
| 110 | Patrick Simpson | 6/2/1986 | NJ | District of New Jersey | No | Hackettstown MUA (NJ2108001) | No | Testicular Cancer | 1-9 |
| 111 | Ron Simpson | 1/17/1935 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 112 | Greg Sims | 6/15/1959 | MA | District of Massachusetts | No | Franklin Water Department (MA2101000) | No | Kidney Cancer | 1-9 |
| 113 | Jonathan Singleton | 1/30/1981 | AL | Northern District of Alabama | No | Smiths Water and Sewer Authority (AL0000820) | No | Testicular Cancer | 1-9 |
| 114 | Cristin Sinnott | 9/26/1979 | CT | District of Connecticut | No | Gettysburg Muni Auth (PA7010019) | No | Kidney Cancer | 1-9 |
| 115 | Sioux Sirkin | 10/6/1954 | CA | Central District of California | No | Los Osos Community Services District (CA4010016) | No | Kidney Cancer | 1-9 |
| 116 | Joey Sisca | 4/17/1975 | TX | Western District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 117 | Steve Allan Sisk | 4/9/1959 | MI | District of New Jersey | No | Freehold Township Water Department (NJ1316001) | No | Kidney Cancer | 1-9 |
| 118 | Nelson Sison | 1/22/1969 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 119 | Brian Sizemore | 2/28/1984 | NM | District of New Mexico | No | Epcor Water New Mexico Inc. Clovis (NM3527305) | No | Testicular Cancer | 1-9 |
| 120 | Alverine Skenadore | 6/7/1968 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Kidney Cancer | 1-9 |
| 121 | Kimberly Skiles | 2/9/1979 | TX | Northern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |
| 122 | William Skinner | 4/20/1981 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 123 | Leonard Slade | 5/18/1965 | AL | Southern District of Alabama | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 124 | Heidi Slappey | 12/27/1971 | AL | Northern District of Alabama | No | Sheffield Utilities Department (AL0000327) | No | Ulcerative Colitis | 1-9 |
| 125 | Debbie Slayton | 10/28/1956 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 126 | Andrew Slebonick | 7/24/1990 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Philip Sleyon | 10/24/1959 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 128 | Jeanne Slovin | 1/30/1962 | MA | District of Massachusetts | No | Hudson Water Supply (MA2141000) | No | Kidney Cancer | 1-9 |
| 129 | Steven Sloyan | 11/11/1991 | KY | Western District of Kentucky | No | Crittenden-Livingston Co Water District (KY0700532) | No | Testicular Cancer | 1-9 |
| 130 | Ellen Small | 12/21/1947 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 131 | Peter Smiley | 7/9/1956 | RI | District of Rhode Island | No | Warwick-City Of (RI1615627) | No | Kidney Cancer | 1-9 |
| 132 | Avery Smith | 2/9/1957 | TN | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 133 | Brian Smith | 5/5/1973 | TN | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 134 | Eric Soucy | 8/16/1974 | NH | Southern District of Florida | No | Palm Springs, Village Of (FL4501058) | No | Testicular Cancer | 1-9 |
| 135 | Andrew Stolze | 11/5/1986 | NE | Northern District of Iowa | No | Sioux City Water Supply (IA9778054) | No | Testicular Cancer | 1-9 |
| 136 | Jonathon Thomas | 5/9/1991 | NJ | Eastern District of Pennsylvania | No | PA American Water - Norristown (PA1460046) | No | Testicular Cancer | 1-9 |
| 137 | Matthew Thomas | 4/21/1973 | TX | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Testicular Cancer | 1-9 |
| 138 | James Vaughan | 9/6/1973 | CO | Southern District of Florida | No | Seacoast Utilities Authority (FL4501124) | No | Testicular Cancer | 1-9 |
| 139 | Linda Waters | 5/26/1950 | FL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Kidney Cancer | 1-9 |
| 140 | Stanley Wilson | 2/12/1951 | OH | Northern District of Georgia | No | Buford (GA1350000) | No | Kidney Cancer | 1-9 |